IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEJERE J. AKPENEYE, ET AL.,                )<br>                                                                )<br>                                                                )<br>            Plaintiffs,                                    )<br>                                                                )<br>    v.                                                         )<br>                                                                )<br>THE UNITED STATES,                              )<br>                                                                )<br>            Defendant.                                 )  | No. 15-732 C<br>Judge Sweeney |

## JOINT STATUS REPORT

Pursuant to the Court's opinion and order of December 19, 2019 (ECF No. 119), the parties submit this joint status report. The parties' positions are stated below:

The plaintiffs state that they have no further evidence to support their claims in their amended complaint other than what they presented on summary judgment and at trial. Although the plaintiffs disagree with Court's decisions on summary judgment and after trial, they believe that the appropriate action for the Court to take consistent with those decisions is to issue a final judgment on the plaintiffs' amended complaint.

Defendant requests that the Court direct the entry of judgment for defendant with respect to all of the plaintiffs' claims.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

| | |
|---|---|
| s/Stephen G. DeNigris | s/ Rebecca S. Kruser |
| Stephen G. DeNigris | REBECCA S. KRUSER |
| The DeNigris Law Firm PLLC | Trial Attorney |
| P.O. Box 14643 | Commercial Litigation Branch |
| Albany, NY 12212-4643 | Civil Division |
| Office:  (518) 355-1482 | U.S. Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| Fax:  (518) 355-1562 | Washington, D.C. 20044 |
| Email:  SGD853@aol.com | Tel. (202) 305-2035 |
| | Email. rebecca.s.kruser@usdoj.gov |
| Jonathan L. Gould | |
| 1730 M Street NW, Suite 412 | |
| Washington, DC 20036 | |
| Tel.: 202-347-3889 | |
| Fax: 703-652-7589 | |
| Email:  jgould@igc.org | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |

January 31, 2020