# In the United States Court of Federal Claims

No. 15-732 C
Filed: January 31, 2020

**TEJERE J. AKPENEYE,**
et al.

    v.

**THE UNITED STATES**

**JUDGMENT**

    Pursuant to the court's Opinion and Order, filed December 19, 2019, and Order, filed January 31, 2020,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant with respect to all of plaintiffs' claims.

    Lisa L. Reyes
    Clerk of Court

By:    s/ Debra L. Samler

    Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.