# In the United States Court of Federal Claims

TEJERE J. AKPENEYE, et. al., )
)
)
)
**Plaintiff(s),** )   Case No. 15-732C
)
**v.** )   Judge Sweeney
)
**THE UNITED STATES,** )
)
**Defendant.** )
)

## NOTICE OF APPEAL

Notice is hereby given that See Attached Addendum of Plaintiffs Appealing in the

(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the Final Judgment Dismissing all Claims entered in this action on

(describe document being appealed; e.g. final judgment, order)

01/31/2020 .

(filed date of document being appealed)

/s/ Stephen G. DeNigris, Esq.

(Signature of Appellant or Attorney)

Stephen G. DeNigris, Esq.

(Printed Name)

The DeNigris Law Firm PLLC

(Street Address)

P.O. Box 14643, Albany, NY 12212

(City, State, ZIP Code)

(518)355-1482

(Phone Number)

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**TEJERE J. AKPENEYE, et. al.,**

                        **Plaintiffs,**                    **Case No. 15-732C**

**v.**                                              **Chief Judge Sweeney**

**THE UNITED STATES OF AMERICA**
_____ /

                                         ***/s/Jonathan L. Gould, Esq.***_____
                                           (Signature of Appellant or Attorney)

                                         **Jonathan L. Gould, Esq.**_____
                                           (Printed Name)

                                         **139 Transylvania Road**_____
                                           (Street Address)

                                         **Roxbury, CT  06783-2109**_____
                                           (City, State, Zip Code)

                                         **(202)679-3716**_____
                                           (Phone Number)