# United States Court of Appeals for the Federal Circuit

---

TEJERE J. AKPENEYE, JONATHAN ALLEN, SAHR ALPHA-K, JACQUES V. ALSTON, RODOLFO ANCHETA, JR., WAYNE A. ANTOINE, CARL ASLAKEN, MICHAEL BAKER, ROCHELLE BANKS, JAMES BOUYER, JR., MAIA BRADLEY, GWENDOLYN BROWN, KEVIN L. BROWN, LORI O. BROWN, TRACY BROWN, GEORGE BURNS, SHAWN R. BUTTERFIELD, BRAD BYRNES, RYAN H. CASE, CHRISTY CASSADY, JEFFREY CLUTE, DAVID L. COUSINS, DEXTER CUMBERBATCH, WILLIAM A. CUMMINGS, VERONICA COUTEE, CHARLES DELUGO, LENARDO ECCLES, BRANDYN FOX, CLYDE A. FRANKLIN, MARY B. GREEN, NICHOLAS GUZAN, PAUL GUZAN, LARRY W. HOLLMAND, PETER L. HOWELL, WARREN A. HUTTON, ANTHONY W. JACKSON, JEFFREY JOHNSON, GEORGE A. JONES, MICHAEL D. JONES, LUKE KORNACKI, MICHAEL J. LONG, OMAR F. MANN, CHRISLINA R. MARSHALL, JOSEPH A. MCCRAY, KENNEST MEADOR, JAVIER MONTERO, BERTRAND MOORE, WILLIAM NIEVES, SR., ALBERT D. NOONAN, GREGORY NORMAN, ROBERT OLEJNIK, LINDSAY M. ORTIZ, ALAN PITTS, ROBERT ROBINSON, BERNARD RUSSELL, JAVIER SANTIAGO, FRANCIS SARPONG, FRANCIS SELPH, ROOSEVELT SINGLETON, FRANKLIN D. TAYLOR, KEVIN TINDAL, SR., JOHN H. TRAVIS, ALEX TREJO, KENNETH TURNER, ANTHONY O. WASHINGTON, TWILA WILLIAMS, BYRON M. WILSON,

*Plaintiffs-Appellants*

CHRISTOPHER M. BALDWIN, ZANDA BELL, ET AL.,
*Plaintiffs*

v.

UNITED STATES,
*Defendant-Appellee*

———————————

2020-1622

———————————

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00732-MMS, Chief Judge Margaret M. Sweeney.

———————————

**MANDATE**

———————————

In accordance with the judgment of this Court, entered March 15, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $45.60 and taxed against the appellant.

FOR THE COURT

May 6, 2021      /s/ Peter R. Marksteiner
                                           Peter R. Marksteiner
                                           Clerk of Court